**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

VINCENT AMARA,
    Plaintiff

v.

AUDREY REVERT, AMTRAK, and
CRAWFORD RISK MANAGEMENT
SERVICE,
    Defendants

CIVIL ACTION NO.: 04-10094 GAO

## ASSENTED TO MOTION TO AMEND THE COMPLAINT PURSUANT TO FED. R. CIV. P. RULE 15

Now comes the plaintiff and respectfully requests this Honorable Court to allow an amendment to the Complaint in the present action pursuant to FED. R. CIV. P. Rule 15. As reasons therefore, the plaintiff states:

1. The Plaintiff was under the belief that the defendant who was allegedly involved in an automobile accident with the plaintiff on January 31, 2001, was named Audrey Revert.

2. The Plaintiff recently discovered, through conversation with defense counsel, that the above-mentioned defendant was in fact named Andrey Revert, not Audrey Revert.

3. As such, plaintiff now wishes to amend the complaint naming Andrey Revert in place of Audrey Revert.

4. Allowing an amendment to the Complaint would not prejudice any of the parties herewith involved in the present action.

5. Andrey Revert, Amtrak and Crawford Risk Management Service assent to this Motion.

6. Due Process considerations as well as judicial economy therefore, demand that this Motion be granted.

Law Offices Of
Philip R. Boncore, P.C.
1140 Saratoga Street
Boston, Massachusetts 02128
Tel. 617-561-0999
FAX 617-561-8385

Assented to by,
Andrey Revert, Amtrak, and Crawford
Risk Management Service, Defendants,
By their attorneys,

*[signature]*

John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755

Date: 4-8-04

Respectfully submitted,
Vincent Amara, Plaintiff,
By his attorney,

*[signature]*

PHILIP R. BONCORE
Law Office of Philip R. Boncore, P.C.
1140 Saratoga Street
East Boston, MA 02128
(617) 561-0999
BBO#: 048940

Date: 4/8/04