**U.S. DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VINCENT AMARA,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| | ) **CIVIL ACTION NO. 04-10094 GAO** |
| ANDREY REVERT, AMTRAK and<br>CRAWFORD RISK MANAGEMENT<br>SERVICE,<br>    Defendants | )<br>)<br>)<br>) |

## JOINT STATEMENT OF PROPOSED PRE-TRIAL SCHEDULE

Pursuant to this Court's Notice of Scheduling Conference dated May 11, 2004, counsel for all parties in the above-referenced matter have consulted regarding the pre-trial schedule of this matter. Following is their proposed Pre-Trial Schedule:

1. All non-expert discovery, including depositions, shall be completed by October 31, 2004.

2. All expert discovery, including depositions, shall be completed by November 30, 2004.

3. All motions under F.R.C.P. 12, 19 and 20 shall be filed by November 30, 2004.

4. All motions under F.R.C.P. 15 shall be filed by November 30, 2004.

5. All motions under F.R.C.P. 56 shall be filed and by December 31, 2004.

The defendants do not agree to have this case tried by a magistrate judge.

Signed certifications are attached hereto, stating that the parties and their counsel have had the opportunity to discuss a budget for the costs of litigating this claim.

Respectfully submitted,
Plaintiff, Vincent Amara,
By his attorneys,

*Philip R. Boncore*

Philip R. Boncore, BBO # 048940
Law Offices of Philip R. Boncore, P.C.
1140 Saratoga Street
East Boston, MA 02128
(617) 561-0999

Defendants, Andrey Revert,
Amtrak and Crawford Risk
Management Services,
By their attorneys,

*Sharon H. Church*

John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755

Dated: 7.6.04