U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT AMARA,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) **CIVIL ACTION NO. 04-10094 GAO** |
| ANDREY REVERT, AMTRAK and<br>CRAWFORD RISK MANAGEMENT<br>SERVICE,<br>    Defendants | )<br>)<br>)<br>) |

### CERTIFICATION OF LITIGATION BUDGET DISCUSSIONS

The defendants, Andrey Revert, Amtrak and Crawford Risk Management Service, and their counsel, the Law Offices of John J. Bonistalli, hereby certify that they have conferred regarding the estimated costs of litigating this claim.

This shall also certify that the defendants, Andrey Revert, Amtrak and Crawford Risk Management Service, are agreeable to attempting to resolve this issue through alternative dispute resolution, if necessary.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 25th DAY OF JUNE, 2004.

_____
Marvin Smith
Amtrak Law Department
60 Massachusetts Ave., N.E.
Washington, D.C. 20001
(202) 906-3935

_____
John J. Bonistalli; BBO # 049120
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755

## CERTIFICATE OF SERVICE

      I, Sharon H. Church, attorney for the defendants, Audrey Revert, Amtrak and Crawford Risk Management Service, hereby certify that a true copy of the foregoing Joint Statement of Proposed Pre-Trial Schedule and Certification of Litigation Budget Discussions was sent via facsimile and via first class mail, postage prepaid, this 6th day of July, 2004 to:

Philip R. Boncore, Esquire
LAW OFFICES OF PHILIP R. BONCORE, P.C.
1140 Saratoga Street
East Boston, MA  02128


                                                  _/s/ Sharon H. Church_
                                                  Sharon H. Church