**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


 VINCENT AMARA
                    Plaintiff(s)                                   CIVIL ACTION

           V.
                                                                   NO.   04-10094-GAO
 ANDREY REVERT, ET AL
                    Defendant(s)


**ORDER OF REFERENCE**
**FOR**
**ALTERNATIVE DISPUTE RESOLUTION**


         After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to

_____ JUDGE MAZZONE _____ for the following

ADR program:


         _____ SCREENING CONFERENCE              _____ EARLY NEUTRAL EVALUATION

         ___X___ MEDIATION                          _____ MINI-TRIAL

         _____ SUMMARY JURY TRIAL                 _____ SETTLEMENT CONFERENCE

         _____ SPECIAL MASTER

         _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


         Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.   If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.


 7/7/04                                                  GEORGE A. O'TOOLE, JR

         DATE                                     UNITED STATES DISTRICT JUDGE


**CASE CATEGORY**

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | __X__ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | _____ | | |

(ADR Referral.wpd - 4/12/2000)                                                    [orefadr.]