U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUL -7  A 9: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

VINCENT AMARA, )
    Plaintiff )
)
v. )
) CIVIL ACTION NO.: 04-10094GAO
ANDREY REVERT, AMTRAK, )
and CRAWFORD RISK )
MANAGEMENT SERVICE, )
    Defendants )
)

## AFFIDAVIT OF ATTORNEY PHILIP R. BONCORE

1. I am Philip R. Boncore, plaintiff, Vincent Amara's Attorney in the present action.

2. I hereby attest to the fact that I have discussed with my client, Vincent Amara, the costs and expenses involved in litigating this claim.

3. I also attest to the fact that I have discussed with Mr. Amara the various alternative dispute resolutions which could also be considered in resolving this claim.

SWORN TO AND SIGNED UNDER THE PAINS AND PENALTIES OF PURJURY BY ME THIS 2ND Day of July, 2004,

PHILIP R. BONCORE
Law Office of Philip R. Boncore, P.C.
1140 Saratoga Street
East Boston, MA 02128
(617) 561-0999
BBO#: 048940

Law Offices Of
Philip R. Boncore, P.C.
1140 Saratoga Street
Boston, Massachusetts 02128
Tel. 617-561-0999
FAX 617-561-8385