U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VINCENT AMARA,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) CIVIL ACTION NO. 04-10094 GAO |
| ANDREY REVERT, AMTRAK and<br>CRAWFORD RISK MANAGEMENT<br>SERVICE,<br>    Defendants | )<br>)<br>)<br>) |

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as attorney for the Defendants, Andrey Revert, Amtrak and Crawford Risk Management Service, in the above-entitled case. The Law Offices of John J. Bonistalli will continue to represent the defendants in this matter.

DATED AT BOSTON, MASSACHUSETTS THIS 4th DAY OF FEBRUARY, 2005.

_Sharon H. Church_
Sharon H. Church; BBO # 640878
LAW OFFICES OF JOHN J. BONISTALLI
One Financial Center
Boston, MA 02111
(617) 695-3755

## CERTIFICATE OF SERVICE

      I, Sharon H. Church, attorney for the defendants, Andrey Revert, Amtrak and Crawford Risk Management Service, hereby certify that a true copy of the foregoing Notice of Withdrawal was sent via first class mail, postage prepaid, this 4th day of February, 2005 to:

Philip R. Boncore, Esquire
LAW OFFICE OF PHILIP R. BONCORE, P.C.
1140 Saratoga Street
Boston, MA  02128


_____
Sharon H. Church