U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VINCENT AMARA,<br>      Plaintiff,<br><br>v.<br><br>ANDREY REVERT, AMTRAK and<br>CRAWFORD RISK MANAGEMENT<br>SERVICE,<br>      Defendants. | CIVIL ACTION NO. 04-1094 GAO |

## STIPULATION OF DISMISSAL

The parties in the above-captioned matter hereby stipulate to dismiss all claims with prejudice, without costs, and waiving all rights to appeal pursuant to Massachusetts Rules of Civil Procedure 41(a)(1)(ii).

_____
John J. Bonistalli, BBO # 049120
Law Offices of John J. Bonistalli
One Financial Center
Boston, MA 02111
(617) 695-3755

_____
Philip R. Boncore, BBO #048940
Law Offices of Philip R. Boncore, P.C
1140 Saratoga Street
Boston, MA 02128
(617) 561-0999

Dated: 3/8/05

CERTIFICATE OF SERVICE

    I, John J. Bonistalli, hereby certify that the foregoing Stipulation of Dismissal was mailed, first class, postage prepaid this 12th day of April 2005 to the following counsel of record:

Philip R. Boncore, Esquire
Law Offices of Philip R. Boncore, P.C.
1140 Saratoga Street
Boston, MA 02128

John J. Bonistalli, BBO #049120